CYNTHIA M. SOLIMAN [SBN 217988]
ERICKSEN ARBUTHNOT
100 Bush St., Suite 900
San Francisco, CA 94104
Tel: (415) 362-7126
Fax: (415) 362-6401
email: csoliman@ericksenarbuthnot.com

Attorneys for Plaintiff:
OXFORD LENDING GROUP, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| OXFORD LENDING GROUP, LLC, <br><br> PLAINTIFF, <br><br> vs. <br><br> UNDERWRITERS AT LLOYD'S, LONDON ET AL. <br><br> DEFENDANTS. | Case No. 4:11-cv-00521 DMR <br><br> **SUBSTITUTION OF ATTORNEY** <br><br> Complaint: 2/3/10 <br> Magistrate Judge Donna M. Ryu |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that, subject to approval by the court, Plaintiff OXFORD LENDING GROUP, LLC substitutes Cynthia M. Soliman, Esq., State Bar No. 217988 as counsel of record in place of Matthew S. Brown, Esq., Ohio State Bar No 0077687.

Contact information for new counsel is as follows:
**Firm Name**: Ericksen Arbuthnot
**Address**: 100 Bush St., Suite 900, San Francisco, CA 94104
**Telephone**: (415) 362-7126
**Facsimile**: (415) 362-6401
Email:csoliman@ericksenarbuthnot.com

///

///

///

1
SUBSTITUTION OF ATTORNEY

1  I consent to the above substitution.
2  Date: 4-7-11                                          Adam Rosseger /s/
3  I consent to being substituted.
4  Date:                                                   /s/ Matthew S. Brown
                                                          Matthew S. Brown (OHSB 0077687)
5                                                         mbrown@cpmlaw.com
                                                          366 East Broad Street
6                                                         Columbus, Ohio 43215
                                                          Tel: (614) 228-6135
7                                                         Fax: (614) 221-0216

8  I consent to the above substitution
9  Date:                                                   /s/Cynthia M. Soliman
                                                          Cynthia M. Soliman
10                                                        csoliman@ericksenarbuthnot.com
                                                          100 Bush St., Suite 900
11                                                        San Francisco, CA 94104
                                                          Tel: (415) 362-7126
12                                                        Fax: (415) 362-6401

13
14 The substitution of attorney is hereby approved and so ORDERED.
15
16
17 Date: 4/20/11                                          _____
                                                          JUDGE DONNA M. RYU
18
19
20
21
22
23
24
25
26
27
28

2
SUBSTITUTION OF ATTORNEY