1  CYNTHIA M. SOLIMAN [SBN 217988]
   ERICKSEN ARBUTHNOT
2  100 Bush St., Suite 900
   San Francisco, CA 94104
3  Tel: (415) 362-7126
   Fax: (415) 362-6401
4  email: csoliman@ericksenarbuthnot.com

5  Attorneys for Plaintiff:
   OXFORD LENDING GROUP, LLC
6

7

8
                IN THE UNITED STATES DISTRICT COURT
9
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                         OAKLAND DIVISION
11

12 | OXFORD LENDING GROUP, LLC,            | Case No. 4:11-cv-00521 DMR
13 |         PLAINTIFF,                    |
   |                                       | **STIPULATION AND REQUEST FOR**
14 |    vs.                                | **DISMISSAL; ORDER OF DISMISSAL**
15 | UNDERWRITERS AT LLOYD'S, LONDON       |
   | ET AL.                                | Complaint: 2/3/10
16 |                                       | Magistrate Judge Donna M. Ryu
   |         DEFENDANTS.                   |
17

18      Whereas Plaintiff Oxford Lending Group, LLC has reached a settlement of its claims

19 against Defendant Placer Title Company, and has decided to not pursue its claims as against

20 Defendant Jacqueline Shelton, Oxford respectfully requests pursuant to Federal Rule of Civil

21 Procedure 41(a)(2), that the Court (1) dismiss with prejudice Oxford's claims against Placer Title

22 Company, and (2) dismiss without prejudice Oxford's claims against Jacqueline Shelton.

| Approved by:                                 | Submitted by:                             |
|----------------------------------------------|-------------------------------------------|
| */s/ Darrell C. Martin*                      | */s/ Cynthia Soliman*                     |
| Darrell C. Martin (CASB 191773)              | Cynthia Soliman (CASB# 217988)            |
| dmartin@avmllp.com                           | csoliman@ericksenarbuthnot.com            |
| Alborg, Veiluva & Martin LLP                 | Ericksen Arbuthnot                        |
| 2121 N. California Boulevard, Suite 1010     | 100 Bush St., Suite 900                   |
| Walnut Creek, CA 94596                       | San Francisco, CA 94104                   |
| Tel: (925) 939-9880 / Fax: (925) 939-9915    | Tel: (415) 3621-7126                      |
| *Attorneys for Defendant*                    | Fax: (415) 362-6401                       |
| *PLACER TITLE COMPANY*                       | *Attorneys for Plaintiff*                 |
|                                              | *OXFORD LENDING GROUP, LLC*               |

1
STIPULATION AND REQUEST FOR DISMISSAL

Case4:11-cv-00521-DMR   Document113   Filed05/03/11   Page2 of 2

# ORDER OF DISMISSAL

At the Stipulation and Request of plaintiff OXFORD LENDING GROUP, LLC and defendant PLACER TITLE COMPANY, and the parties' representation that the matter has settled the Court hereby orders as follows:

1. Plaintiff's claims against Placer Title Company are hereby dismissed with prejudice;

2. ~~Plaintiff's claims against Jacqueline Shelton are hereby dismissed without prejudice.~~

Each party to bear their own fees and costs.

IT IS SO ORDERED.

Date: 5/6/11

JUDGE DONNA M. RYU